IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



| UNITED STATES OF AMERICA, | Cause No. CR 10-3-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| RICHARD BRUCE SANDERS, | |
| Defendant. | |

On December 12, 2016, Defendant Sanders filed a motion seeking early termination of his five-year term of supervised release. (Doc. 170). He advises the court that he has had no violations since his release from a half-way house in December, 2016. (*Id.* at 1).

The Court appreciates Sanders' compliance, but it also expects compliance. Sanders was sentenced to serve a three-year term of supervised release following 78 months for being a felon in possession of a firearm. The Court appreciates Sanders' two months of good work and the frustration he has with being on supervision as he ages. However, Judge Shanstrom knew Sanders' age when he sentenced him. (*See* Doc. 110 at 4). A three-year term of supervised release following a 78-month prison term for Sanders' conviction is reasonable, is intended to protect society, and will continue to prove beneficial to Sanders.

1

Accordingly, IT IS HEREBY ORDERED that Sanders' motion for early termination of supervised release (Doc. 170) is DENIED.

DATED this 24th day of February 2017.

*Susan P. Watters*
Susan P. Watters
United States District Court