IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD BRUCE SANDERS,<br><br>Defendant. | CR 10-03-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, RICHARD BRUCE SANDERS is hereby released from the custody of the U.S. Marshals Service.

DATED this 27th day of June, 2018.

SUSAN P. WATTERS
United States District Judge

1