

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

JUL 27 2020

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 10-03-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RICHARD BRUCE SANDERS, | |
| Defendant. | |

Defendant filed a Motion for Early Termination of Supervised Release (Doc. 209), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2)(B). A hearing in this matter is set for July 31, 2020 at 1:00 p.m. However,

**IT IS HEREBY ORDERED** that upon further consideration and discussion with U.S. Probation Officer Gentry Cummins, the Defendant's motion is **GRANTED**. Richard Bruce Sanders' supervised release is terminated as of the date of this Order.

**IT IS FURTHER ORDERED** that the hearing presently set for Friday, July 31, 2020 at 1:00 p.m. is **VACATED**.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 27th day of July, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge